IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07- 0९- UNA |
| CLAVEN ANDERSON,<br>a/k/a "Rasta," | : | |
| Defendant. | : | |

**MOTION AND ORDER TO SEAL**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to seal the Indictment, Motion and Order for Arrest Warrant, this Motion and Order to Seal, and related file.

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: January 18, 2007

**IT IS SO ORDERED** this ___18___ day of _____, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE