IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07- 09-JNA |
| CLAVEN ANDERSON, a/k/a "Rasta," | ) |
| Defendant. | ) REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From on or about December 13, 2006, to on or about January 17, 2007, in the State and District of Delaware, CLAVEN ANDERSON, a/k/a "Rasta," the defendant herein, knowingly and with intent to defraud, did sell counterfeit obligations of the United States, that is, counterfeit $10 and $20 Federal Reserve Notes, all in violation of Title 18, United States Code, Section 472.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _Sophie E. Bryan_
Sophie E. Bryan
Assistant United States Attorney

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: January 18, 2007