IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07- O9 - JNA |
| | : | |
| CLAVEN ANDERSON, | : | |
| a/k/a "Rasta," | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Claven Anderson, a/k/a "Rasta," pursuant to an Indictment returned against him by the Federal Grand Jury on January 18, 2007.

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: January 18, 2007

AND NOW, this _____ day of _____, 2007, based upon the foregoing motion,

IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of Claven Anderson, a/k/a "Rasta."

_____
HONORABLE MARY PAT THYNGE

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE