AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

CLAVEN ANDERSON,
a/k/a Rasta

**WARRANT FOR ARREST**

Case Number: CR 07-09-UNA



To: The United States Marshal
and any Authorized United States Officer

**SEALED**

YOU ARE HEREBY COMMANDED to arrest _____ CLAVEN ANDERSON, a/k/a Rasta _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

SELLING COUNTERFEIT OBLIGATIONS

in violation of Title ___18___ United States Code, Section(s) ___472___

PETER T. DALLEO
Name of Issuing Officer

BY: _____ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

JANUARY 18, 2007 at WILMINGTON, DE
Date and Location

FILED
JAN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

DATE RECEIVED
1-18-07

DATE OF ARREST
1-17-07

NAME AND TITLE OF ARRESTING OFFICER

SIGNATURE OF ARRESTING OFFICER