IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CLAVEN ANDERSON,<br><br>        Defendant. | )<br>)<br>) **FILED UNDER SEAL**<br>)<br>) Criminal Action No. 07-00009-GMS<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the entire file as to the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: March 9, 2007

IT IS SO ORDERED this 13th day of March, 2007.

_____
Honorable Gregory M. Sleet
United States District Court
District of Delaware



FILED

MAR 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-00009-GMS ) |
| CLAVEN ANDERSON, | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 9th of March 2007, I caused the foregoing Motion and Order to Unseal to be filed with the Clerk of the Court. I further certify that a copy of the foregoing notice was served via First Class mail, postage pre-paid, on counsel of record as follows:

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
Federal Public Defender, District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

/s/ Sophie E. Bryan
Sophie E. Bryan
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
sophie.bryan@usdoj.gov