IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-09-GMS |
| CLAVEN ANDERSON | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this 12th day of March, 2007, that Defendant Anderson's pretrial motions shall be due on the 13th day of April, 2007.



Honorable Gregory M. Sleet
United States District Court

FILED

MAR 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE