PS 42
(Rev 07/93)

# United States District Court

## DISTRICT OF DELAWARE

| United States of America | ) | |
|---|---|---|
| | ) | Case No. 07 CR 00009-001 |
| vs | ) | |
| Claven Anderson | ) | |
| | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Claven Anderson, have discussed with Mertice Evans, Pretrial Services/Probation Officer, modification of my release as follows:

On February 8, 2007, I met with U.S. Pretrial Services Officer Mertice Evans in the District of New Jersey for his post release interview. At that time, I indicated he has bouts of anger and he would like to seek treatment for this problem. Therefore, the Pretrial Services Agency in the District of New Jersey is requesting that my bail be modified to include mental health testing and treatment as deemed necessary with all other conditions to remain in full effect. Pretrial Services has contacted the Assistant Federal Public Defender and she had no objections to the modification.

I consent to this modification of my release conditions and agree to abide by this modification.

| Claven Anderson 3-1-07 | Mertice Evans 3-1-07 |
|---|---|
| Signature of Defendant    Date | Pretrial Services/Probation Officer    Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

Eleni Kansouli                3-9-07

Signature of Defense Counsel          Date

[✓]   The above modification of conditions of release is ordered, to be effective on 3/19/07.

[ ]   The above modification of conditions of release is not ordered.

FILED

MAR 2 0 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____    3/19/07
Signature of Judicial Officer         Date