UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-09-GMS-1 |
| | ) |
| CLAVEN ANDERSON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SUBSTITUTION OF**
**COUNSEL AND ENTRY OF APPEARANCE**

Notice is hereby given of the appearance of Seth M. Beausang, Assistant United States Attorney for the District of Delaware, in place of Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, as the attorney for the United States, in the above-captioned case.

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                 By:   /s/Seth M. Beausang
                                        Seth M. Beausang (De. I.D. No. 4071)
                                        Assistant United States Attorney
                                        The Nemours Building
                                        1007 Orange Street, Suite 700
                                        P. O. Box 2046
                                        Wilmington, DE 19899-2046
                                        (302) 573-6277

Dated:   June 1, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on **June 1, 2007**, I electronically filed a **NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

Edson A. Bostic
Eleni Kousoulis
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010

                                      By:  /s/ Seth M. Beausang
                                            Seth M. Beausang (De. I.D. No. 4071)