IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-09-GMS |
| | : | |
| CLAVEN ANDERSON, | : | |
| | : | |
| Defendant. | : | |

**<u>MOTION FOR CONTINUANCE OF SENTENCING</u>**

Defendant, Claven Anderson, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the sentencing hearing in this case. In support of the motion, the defense submits as follows:

1. Mr. Anderson is currently scheduled for sentencing on September 19, 2007 at 3:00 p.m.

2. Defense counsel will be out of the office attending a conference from September 16, 2007 through September 19, 2007, and not returning to the office until September 20, 2007. Therefore, defense counsel will be unavailable on September 19, 2007, the date that Mr. Anderson's sentencing is currently scheduled.

3. Defense counsel respectfully requests that Mr. Anderson's sentencing be continued.

4. AUSA Seth Beausang, the attorney handling this case for the government, has no objection to the defense's continuance request.

      WHEREFORE, Mr. Anderson respectfully requests that the Court continue the sentencing hearing in this matter.

                                      Respectfully Submitted,

                                      /s/
                                  Eleni Kousoulis, Esquire
                                  Assistant Federal Public Defender
                                  704 King Street, Suite 110
                                  Wilmington, Delaware  19801
                                  (302) 573-6010
                                  ecf_de@msn.com
                                  Attorney for Defendant Claven Anderson

DATED:   August 30, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-09-GMS |
| | : | |
| CLAVEN ANDERSON, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Mr. Anderson's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2007 at _____ a.m./p.m.

---
The Honorable Gregory M. Sleet
United States District Court