IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-9 GMS |
| | : |
| CLAVEN ANDERSON | : |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is rescheduled from **Monday, October 1, 2007, at 11:30 a.m. to Monday, October 1, 2007, at 11:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.


/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 26, 2007